FILED
AUG 20 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:19CR00677 SPM** |
| WILLIAM JOHNSTON, | ) |
| Defendant. | ) |

## INFORMATION

### COUNT I

The United States Attorney charges that:

Between on or about June 1, 2016 and June 30, 2017, within the Eastern District of Missouri, the defendant,

**WILLIAM JOHNSTON,**

did embezzle, steal, purloin, or knowingly convert to his use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof.

In violation of Title 18, United States Code, Section 641.

JEFFREY B. JENSEN
United States Attorney

DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Diane E.H. Klocke, Special Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
DIANE E.H. KLOCKE, #61670MO

Subscribed and sworn to before me this 20th day of August, 2019.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK